IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA,
WESTERN DIVISION

IN RE:                                                    BK 10-70909-CMS-13
CAROLINE H. THORNTON
Social Security No. XXX-XX-5188

        **Debtor.**

## CONFIRMATION ORDER

Notice of a hearing on confirmation of debtor's Chapter 13 plan, dated April 20, 2010, having been given to the debtor and all scheduled creditors; and the hearing having been held on June 22, 2010, it is hereby
      **ORDERED, DECREED AND ADJUDGED:**
1. The debtor's plan is hereby **CONFIRMED**.

2. Each creditor must file a written proof of claim in the form provided by law to participate in disbursements under the plan. Claims will be paid as duly filed, without hearing, unless a written objection is filed as provided by the Bankruptcy Code. If an objection is filed, the court will conduct a hearing to determine the allowed amount of the claim.

3. The debtor shall pay C. David Cottingham, Standing Trustee, **$81.00 per week for 60 months** beginning immediately, out of which costs and administrative fees of **$274.00** shall be paid. From the funds paid to the trustee, attorney's fees of **$2,600.00** are allowed to **ROD CAMERON SHIRLEY**, **$690.00** payable as part of initial administrative costs, and **$170.00** per month until paid in full. If proper proofs of claim are filed, the remaining plan funds will be paid in the following way:

| | | | | | |
|---|---|---|---|---|---|
| **Green Tree-AL LLC** | Claim # | 1A | $ 130.00 | Per month | 0% |
| **Tuscaloosa VA Federal C.U.** | Unfiled | | 153.00 | Per month | 5% |
| **Spiller Furniture** | Unfiled | | 7.00 | Per month | 5% |

**FOLLOWING CREDITORS PAID DIRECT BY DEBTOR:**

**GREEN TREE-AL LLC:** Claim #1 on mortgage beginning May, 2010.

The trustee shall distribute the balance left after these fixed payments pro rata among the debtor's other creditors with allowed proofs of claim with payment continuing until these claimants have been paid **1.00%** of their allowed debt. Any debt not addressed by this order shall be administered in accordance with the debtor's confirmed plan and applicable law.

All creditors whose claims are paid direct by Debtor are granted limited relief from automatic stay to contact the Debtor by mail or telephone concerning the payment of post-petition (no pre-petition) monthly installment payments.

**DONE and ORDERED** this June 29, 2010.

                                                                 /s/ C. Michael Stilson
                                                                  C. Michael Stilson
                                                                  United States Bankruptcy Judge